No. 89–7408. SATURLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7409. WARE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7412. ROACHE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7421. GOODALLE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–7433. DOWDY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7437. GONZALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7438. COLBERT ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7441. BARROSO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7448. McCOLLIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7462. CLARKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7463. PADILLA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7465. DANIELS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7485. ROBERTS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–1300. SMITH *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 89–1609. TERRITORY OF GUAM *v.* IBANEZ; TERRITORY OF GUAM *v.* CASTRO; TERRITORY OF GUAM *v.* DALMAL; and TERRITORY OF GUAM *v.* BOTELHO. C. A. 9th Cir. Motion of respondent Ibanez for leave to proceed *in forma pauperis* granted. Certiorari denied.